# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA P LAINE,<br><br>Defendant. | No. 1:21-cr-00270-DAD-HBK<br><br>ORDER DISMISSING APPEAL OF MAGISTRATE JUDGE DECISION DUE TO DEFENDANT'S FAILURE TO PROSECUTE AND OBEY COURT ORDER AND CLOSING THIS CASE<br><br>(Doc. No. 17) |

This matter is before the court on defendant's appeal of the assigned magistrate judge's order dated November 1, 2021 denying defendant's motion to dismiss violation notices in the pending petty offense case, 6:21-po-00116-HBK-1, in which defendant has been charged with violations of the California Vehicle Code while driving in Yosemite National Park. (Doc. No. 17.) On November 8, 2021, defendant timely filed the pending appeal under Federal Rule of Criminal Procedure 58(g)(2). (*Id.*)

On November 10, 2021, the Clerk of the Court set a briefing schedule, which required defendant-appellant to order the official transcript of the hearing on the motion to dismiss or file a certificate stating that no transcript will be ordered, within fourteen (14) days from November 8, 2021. (Doc. No. 18.) That briefing schedule also provided that "[a]ppellant's brief shall be served and filed within twenty-one (21) days after the filing of the appropriate transcripts or

certificate stating that no transcript will be ordered." (*Id.*) Defendant filed a transcript request on the docket in the petty offense case. Defendant also filed a motion to proceed *in forma pauperis* and waive transcript fees on the docket in this action (Doc. No. 20), but the court denied that motion on March 14, 2022, and directed defendant to pay the $32.00 transcript fee within fourteen (14) days of service of that order (Doc. No. 18). A copy of the court's order was served by mail on defendant at his address of record on March 14, 2022.

To date, defendant has not paid the transcript fee as directed, requested an extension of time in which to do so, or otherwise communicated with the court in either this action or the pending petty offense action. Thus, it appears that defendant has abandoned his appeal of the magistrate judge's order denying his motion to dismiss in the petty offense action.

Accordingly, defendant's appeal (Doc. No. 17) is hereby dismissed, without prejudice, due to defendant's failure to prosecute the appeal and failure to obey the court's order dated March 14, 2022.

IT IS SO ORDERED.

Dated:   **July 22, 2022**

UNITED STATES DISTRICT JUDGE